ABRAN E. VIGIL
Nevada Bar No. 7548
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200 - Telephone
(702) 949-8398 - Facsimile
*Attorneys for Pan Pacific Retail Properties, Inc.*

E-Filed on 7/12/07

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

JAMES E. BURDINE &
JUDITH A. FLANAGAN-BURDINE,

Debtors.

Case No. BK-s-07-11234-MKN
Judge: MIKE K. NAKAGAWA
Chapter 13 Proceedings

**STIPULATION REJECTING LEASE AND LIFTING THE AUTOMATIC STAY**

Creditor Pan Pacific Retail Properties, Inc. ("PPRP"), debtors James E. Burdine and Judith A. Flanagan-Burdine ("Debtors"), and the Chapter 13 Trustee Kathleen A. Leavitt, all through their respective counsel of record, stipulate:

1. That the lease agreement between PPRP and DUPH, Inc.[1] dated October 30, 2004 (the "Lease"), for that premises commonly known as Unit E-4 at the Green Valley Town & Country Shopping Center, 2831 N. Green Valley Pkwy, Henderson, Nevada 89014 (the "Premises") shall be deemed rejected as of July 1, 2007 pursuant to this stipulation and 11 U.S.C. §365(c)(2).

2. That the automatic stay provided by 11 U.S.C. § 362 shall be terminated as to the Lease and the Premises, as of July 1, 2007, so that PPRP may recover possession of the Premises. However, any claim of PPRP against Debtors shall be filed solely in this case.

---

[1] DUPH, Inc. is not the debtor. However, the debtors are the sole owners/shareholders and officers of DUPH, Inc., and in those capacities listed the lease, as defined above, as an asset of the Chapter 13 Bankruptcy Estate. The debtors are personal guarantors of the lease in their individual capacities.

76881.1

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

3. Debtors shall immediately surrender possession of the Premises to PPRP.

4. Pursuant to Bankruptcy Rules 4001(d) and 6006(a), an order may be entered immediately authorizing the relief provided in this Stipulation, except that the modification of the automatic stay shall not be effective until 15 days after service of notice pursuant to Rule 4001(d).

| HAINES & KREIGER, LLC | LEWIS AND ROCA LLP |
|---|---|
| By: _____ <br> David Kreiger <br> Nevada Bar No. 9086 <br> 1020 Garces Avenue <br> Suite 100 <br> Las Vegas, Nevada 89101 <br> 702-880-5554 (phone) <br> 702-385-5518 (fax) <br> *Attorneys for Debtors* | By: _____ <br> Abran Vigil <br> Nevada Bar No. 7548 <br> 3993 Howard Hughes Pkwy. <br> Suite 600 <br> Las Vegas, Nevada 89169 <br> 702-949-8200 (phone) <br> 702-949-8398 (fax) <br> *Attorneys for Creditor* <br> *Pan Pacific Retail Properties, Inc* |
| Dated: _____ | Dated: _____ |

CHAPTER 13 TRUSTEE
KATHLEEN A. LEAVITT

By: _____
Harold C. Comanse
Nevada Bar No. 7658
302 E. Carson Ave., #300
Las Vegas, Nevada 89101
702-853-0700 (phone)
702-386-1794 (fax)
Attorney for Kathleen A. Leavitt,
Chapter 13 Trustee

Dated: _____

3. Debtors shall immediately surrender possession of the Premises to PPRP.

4. Pursuant to Bankruptcy Rules 4001(d) and 6006(a), an order may be entered immediately authorizing the relief provided in this Stipulation, except that the modification of the automatic stay shall not be effective until 15 days after service of notice pursuant to Rule 4001(d).

| HAINES & KREIGER, LLC | LEWIS AND ROCA LLP |
|---|---|
| By: _____ | By: _____ |
| David Kreiger | Abran Vigil |
| Nevada Bar No. 9086 | Nevada Bar No. 7548 |
| 1020 Garces Avenue | 3993 Howard Hughes Pkwy. |
| Suite 100 | Suite 600 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89169 |
| 702-880-5554 (phone) | 702-949-8200 (phone) |
| 702-385-5518 (fax) | 702-949-8398 (fax) |
| *Attorneys for Debtors* | *Attorneys for Creditor* |
| | *Pan Pacific Retail Properties, Inc* |
| Dated:_____ | Dated:_____ |

CHAPTER 13 TRUSTEE
KATHLEEN A. LEAVITT

By: _____
Harold C. Comanse
Nevada Bar No. 7658
302 E. Carson Ave., #300
Las Vegas, Nevada 89101
702-853-0700 (phone)
702-386-1794 (fax)
Attorney for Kathleen A. Leavitt,
Chapter 13 Trustee

Dated: 7-5-07

-2-